**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Shahborn EMMANUEL, Defendant–Appellant.**

**No. 07–7237.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: Feb. 25, 2008.

Shahborn Emmanuel, Appellant Pro Se. Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, for Appellee.

Before MOTZ, and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shahborn Emmanuel appeals a district court order denying as frivolous his motion challenging the court's jurisdiction to impose sentence. After reviewing the record, we find the motion is without merit and frivolous. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*